ANDREW L. PACKARD (State Bar No. 168690)
LAURIE A. MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SIERRA CHEMICAL COMPANY, dba, NEVADA SIERRA CHEMICAL COMPANY, an Nevada company,<br><br>　　　　　Defendant. | Case No. 13-cv-0000792−KJM−KJN<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

　　　　Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant in the above-captioned action, stipulate as follows:

　　　　WHEREAS, on or about February 15, 2013, CSPA provided Defendant with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

　　　　WHEREAS, on April 19, 2013, CSPA filed its Complaint against Defendant in this Court, and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

　　　　WHEREAS, CSPA and Defendant, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendant of any alleged

violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed settlement agreement ("Settlement Agreement") entered into by and between CSPA and Defendant is attached hereto as **Exhibit A** and incorporated by reference;

WHEREAS, CSPA has submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 18(b) of the Settlement Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: March 11, 2014                                   Respectfully submitted,

                                                        LAW OFFICES OF ANDREW L. PACKARD

By: /s/ Andrew L. Packard_____
Andrew L. Packard
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

Dated: March 11, 2014                                   SEYFARTH SHAW LLP

By: /s/ Andrew H. Perellis_____
(As authorized by L.R. 131)
Attorneys for Defendant
SIERRA CHEMICAL COMPANY

**ORDER**

The court having considered the foregoing, and also having reviewed the letter from the U.S. Department of Justice filed on March 11, 2014, HEREBY ORDERS that Plaintiff California Sportfishing Protection Alliance's claims against Defendant SIERRA CHEMICAL COMPANY, as set forth in CSPA's 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs (except as provided for by the terms of the accompanying Settlement Agreement). The court having considered the foregoing, and also having reviewed the letter from the U.S. Department of Justice filed on March 11, 2014, HEREBY ORDERS

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Settlement Agreement, attached to the Parties' Stipulation to Dismiss as Exhibit A, until September 30, 2016.

IT IS SO ORDERED.

Dated:  March 20, 2014.

_____
UNITED STATES DISTRICT JUDGE